IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNIE MAY WEIDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1250 (MN) (SRF) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 16th day of February 2022:

WHEREAS, on February 1, 2022, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 23) in this action, which recommended that the Court deny Plaintiff's Motion for Summary Judgment (D.I. 15) and grant the Commissioner's Cross-Motion for Summary Judgment (D.I. 18); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 23) is ADOPTED. Plaintiff's Motion for Summary Judgment (D.I. 15) is DENIED and the Commissioner's Cross-Motion for Summary Judgment (D.I. 18) is GRANTED. The Clerk of Court is directed to CLOSE this case.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge